Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br>Rodney Lynn Braun, et.al.<br><br>　　　　Defendants | Case No.: CR. S-13-258 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:　Hon. Troy L. Nunley<br>Time:　9:30 a.m.<br>Date:　November 21, 2013 |

　　　Defendants Rodney Lynn Braun and Robert Larry Moore, by and through their undersigned counsel and the United States Government, by and through Assistant United States Attorney Olusere Olowoyeye, hereby agree and stipulate that the status conference previously scheduled for September 26, 2013 be continued to November 21, 2013 and that date is available with the Court.  Mr. Braun and Mr. Moore are charged in a two count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) and § 846 – possession with intent to distribute and conspiracy to distribute dilaudid and morphine; and a criminal forfeiture count. Mr. Braun is suffering poor health and has been in and out of the hospital over the last several weeks.  Mr. Moore resides outside the state of California.  Counsel for both defendants are in the process

of discovery review and investigation.  The parties therefore request that the matter be continued to November 21, 2013.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: September 20, 2013          Respectfully submitted,


                                            /s/ Shari Rusk
                                          Shari Rusk
                                          Attorney for Defendant
                                          Rodney Lynn Braun


                                            /s/ Tasha Chalfant
                                          Tasha Chalfant
                                          Attorney for Defendant
                                          Robert Larry Moore

                                          /s/ Olusere Olowoyeye
                                          Olusere Olowoyeye
                                          Assistant United States Attorney

### ORDER

IT IS SO ORDERED.  The Court finds excludable time through November 21, 2013, based on Local Code T4, giving counsel reasonable time to prepare. **The Court further finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.**

DATED: September 23, 2013

                                            Troy L. Nunley
                                            United States District Judge