Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: CR. S-13-258 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Court: Hon. Troy L. Nunley<br>Time: 9:30 a.m.<br>Date: February 6, 2014 |
| Rodney Lynn Braun, et.al. | |
| Defendants | |

Defendants Rodney Lynn Braun and Robert Larry Moore, by and through their undersigned counsel and the United States Government, by and through Assistant United States Attorney Olusere Olowoyeye, hereby agree and stipulate that the status conference previously scheduled for November 21, 2013 be continued to February 6, 2014 and that date is available with the Court.  Mr. Braun and Mr. Moore are charged in a two count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) and § 846 – possession with intent to distribute and conspiracy to distribute dilaudid and morphine; and a criminal forfeiture count. Mr. Braun is suffering poor health and has been in and out of the hospital over the last several weeks.  Mr. Moore resides outside the state of California.  Counsel for both defendants continue to review discovery with their respective clients and are actively engaged in

investigation and negotiations with the government.  The parties therefore request that the matter be continued to February 6, 2014.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: November 15, 2013         Respectfully submitted,


                                  /s/ Shari Rusk
                                 Shari Rusk
                                 Attorney for Defendant
                                 Rodney Lynn Braun


                                 /s/ Tasha Chalfant
                                 Tasha Chalfant
                                 Attorney for Defendant
                                 Robert Larry Moore

                                 /s/ Olusere Olowoyeye
                                 Olusere Olowoyeye
                                 Assistant United States Attorney


**ORDER**

   IT IS SO ORDERED.  The Court finds excludable time through February 6, 2014, based on Local Code T4, giving counsel reasonable time to prepare.  **The Court further finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.**
DATED: November 15, 2013

                                 _____
                                 Troy L. Nunley
                                 United States District Judge