Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR. S-13-258 TLN |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| vs. | ) STATUS CONFERENCE |
| | ) Court:  Hon. Troy L. Nunley |
| | ) Time:   9:30 a.m. |
| | ) Date:   March 13, 2014 |
| Rodney Lynn Braun, et.al. | ) |
| Defendants | |

Defendant Rodney Lynn Braun, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Olusere Olowoyeye, hereby agree and stipulate that the status conference previously scheduled for February 6, 2014 be continued to March 13, 2014 and that date is available with the Court.  Mr. Braun is charged in a two count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) and § 846 – possession with intent to distribute and conspiracy to distribute dilaudid and morphine; and a criminal forfeiture count.

Counsel for Mr. Braun continues to review discovery with him and complete investigation.  Counsel was, unfortunately, out of California in for part of December and January for a family emergency and requires additional time to complete investigation and negotiations

-1-

with the government.  The parties therefore request that the matter be continued to March 13, 2014.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: January 28, 2014           Respectfully submitted,


                                   __/s/ Shari Rusk___
                                   Shari Rusk
                                   Attorney for Defendant
                                   Rodney Lynn Braun


                                   /s/ Olusere Olowoyeye
                                   Olusere Olowoyeye
                                   Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through March 13, 2014, based on Local Code T4, giving counsel reasonable time to prepare. **The Court further finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.**

Dated: January 31, 2014


                                   _____
                                   Troy L. Nunley
                                   United States District Judge