Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>RODNEY LYNN BRAUN,<br><br>           Defendant. | Case No.: CR. S-13-258 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:  Hon. Troy L. Nunley<br>Time:   9:30 a.m.<br>Date:   April 10, 2014 |

    Defendants Rodney Lynn Braun, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Olusere Olowoyeye, hereby agree and stipulate that the status conference previously scheduled for March 13, 2014 be continued to April 10, 2014, the same date that co-defendant Larry Moore is scheduled for a status conference.  Mr. Braun is charged in a two count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) and § 846 – possession with intent to distribute and conspiracy to distribute dilaudid and morphine; and a criminal forfeiture count.

    Counsel for Mr. Braun and government counsel have been engaged in plea negotiations and the parties require additional time to complete investigation and discovery review.  The parties therefore request that the matter be continued to April 10, 2014.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: March 6, 2014          Respectfully submitted,


                                               /s/ Shari Rusk
                                            Shari Rusk
                                            Attorney for Defendant
                                            Rodney Lynn Braun


                                             /s/ Olusere Olowoyeye
                                            Olusere Olowoyeye
                                            Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through April 10, 2014, based on Local Code T4, giving counsel reasonable time to prepare.  **The Court further finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.**

Dated: March 7, 2014


                                            Troy L. Nunley
                                            United States District Judge