Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR. S-13-258 TLN |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) Court:  Hon. Troy L. Nunley<br>) Time:   9:30 a.m.<br>) Date:   May 22, 2014 |
| Rodney Lynn Braun, et.al. | ) |
| Defendants | |

    Defendants Rodney Lynn Braun and Larry Moore, by and through their undersigned counsel and the United States Government, by and through Assistant United States Attorney Olusere Olowoyeye, hereby agree and stipulate that the status conference previously scheduled for April 10, 2014 be continued to May 22, 2014, and that date is available with the Court.  Defendants are charged in a two count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) and § 846 – possession with intent to distribute and conspiracy to distribute dilaudid and morphine; and a criminal forfeiture count.

    Counsel for defendants have been engaged in plea negotiations and the parties require additional time to complete investigation and discovery review.  The parties therefore request that the matter be

continued to May 22, 2014.  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.  The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: April 5, 2014         Respectfully submitted,

                                                    __/s/ Shari Rusk____
                                                    Shari Rusk
                                                   Attorney for Defendant
                                                   Rodney Lynn Braun

                                                   /s/ Tasha Chalfant____
                                                   Tasha Chalfant
                                                   Attorney for Defendant
                                                   Larry Moore


                                                 /s/ Olusere Olowoyeye
                                                 Olusere Olowoyeye
                                                 Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through May 22, 2014, based on Local Code T4, giving counsel reasonable time to prepare.

Dated: April 7, 2014

_____
Troy L. Nunley
United States District Judge