TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICES OF TASHA PARIS CHALFANT
3175 Sunset Blvd., Suite 109
Rocklin, California 95677
Tel. (916) 444-6100
Fax (916) 930-6093
E-Mail: tashachalfant@gmail.com

Attorney for Defendant
ROBERT LARRY MOORE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-CR-00258 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ROBERT LARRY MOORE, RODNEY BRAUN, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulate and request that the Court make the following findings and Order as follows:

1. By previous order, this matter was set for status on May 22, 2014.

2. By this stipulation, the defendants now move to continue the status conference until June 26, 2014, at 9:30 a.m., and to exclude time between May 22, 2014, and June 26, 2014, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a.  The government has represented that the discovery associated with this case includes approximately 1265 pages of investigative reports and related documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b.  Counsel for each defendant desires additional time to consult with her client and discuss the possible resolutions prior to entering a change of plea or deciding to set a trial date. The defense is still conducting investigation and counsel and the defendants need time to discuss the ongoing investigation and the sentencing guidelines.

c.  Counsel for each defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.  The government does not object to the continuance.

e.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 22, 2014 to June 26, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the

period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 15, 2014					U.S. ATTORNEY

					by:	/s/ Olusere Olowoyeye
						OLUSERE OLOWOYEYE
						Assistant U.S. Attorney
						Attorney for Plaintiff


Dated:  May 15, 2014					/s/  Tasha Paris Chalfant
						TASHA PARIS CHALFANT
						Attorney for Defendant
						ROBERT LARRY MOORE


Dated:  May 15, 2014					/s/  Shari Rusk
						SHARI RUSK
						Attorney for Defendant
						RODNEY BRAUN


**O R D E R**


IT IS SO FOUND AND ORDERED this 16th day of May, 2014.


_____
Troy L. Nunley
United States District Judge

3