Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>RODNEY BRAUN,<br><br>             Defendant. | ) Case No.: CR. S-13-258 TLN<br>)<br>) WAIVER OF DEFENDANT'S PRESENCE;<br>) **ORDER**<br>) [Fed.R.Crim. Pro. 43]<br>)<br>) Court:  Hon. Judge Troy L. Nunley<br>)<br>)<br>)<br>) |

Mr. Braun hereby waives the right to be present in person in open Court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, initial appearance, plea, trial confirmation hearing, impanelment of jury, every trial stage including verdict, and imposition of sentence.  The defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver, agrees that his interests will be deemed represented at all times by the presence of his attorney the same as if he were personally present, and further agrees to be present in Court and ready for trial any day and hour the Court may fix in his absence.

-1-

The defendant further acknowledges that he has been informed of her rights under 18 U.S.C. § 3161 - 3174 (the Speedy Trial Act), and authorizes her attorney to set times and delays under that act without her being present.  With the Court's permission, Mr. Braun respectfully requests that this Court accept his waiver of appearance when the statute deems his presence inessential and this Court consents.  The reason for this request is that Mr. Braun is in extremely poor health, has no access to a vehicle and severely limited means to travel back and forth for inessential status conferences or other scheduling matters.

Dated: June 23, 2014                    Respectfully submitted,


                                        __/s/ Shari Rusk____
                                        Shari Rusk
                                        Attorney for Defendant
                                        RODNEY BRAUN


                                        /s/ Rodney Braun
                                        Defendant
                                        RODNEY BRAUN


**ORDER**

    IT IS SO ORDERED.

Dated: June 23, 2014




_____
Troy L. Nunley
United States District Judge

-2-