Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>RODNEY LYNN BRAUN, et.al.<br><br>      Defendants. | ) Case No.: CR. S-13-258 TLN<br>)<br>) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE<br>)<br>) Court:  Hon. Troy L. Nunley<br>) Time:   9:30 a.m.<br>) Date:   September 11, 2014<br>)<br>) |

    Defendants Rodney Lynn Braun and Robert Larry Moore, by and through their undersigned counsel and the United States Government, by and through Assistant United States Attorney Olusere Olowoyeye, hereby agree and stipulate that the status conference previously scheduled for August 7, 2014 be continued to September 11, 2014, and that date is available with the Court.  Defendants are charged in a two count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) and § 846 – possession with intent to distribute and conspiracy to distribute dilaudid and morphine; and a criminal forfeiture count.

    Defendant Rodney Braun has been hospitalized on and off for the past month.  Both defendants suffer ill health. The parties recently got a short pre-plea report with guideline calculations.  Counsel for defendants need time to review this report with their respective

clients, continue their defense investigation, legal research and negotiations with the government.

The parties therefore request that the matter be continued to September 11, 2014.  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.  The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.


Dated: July 31, 2014          Respectfully submitted,


                                       __/s/ Shari Rusk____
                                       Shari Rusk
                                       Attorney for Defendant
                                       Rodney Lynn Braun

                                       /s/ Tasha Chalfant_____
                                       Tasha Chalfant
                                       Attorney for Defendant
                                       Robert Larry Moore


                                       /s/ Olusere Olowoyeye
                                       Olusere Olowoyeye
                                       Assistant United States Attorney

-3-

**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through September 11, 2014, based on Local Code T4, giving counsel reasonable time to prepare.

Dated: August 4, 2014

Troy L. Nunley
United States District Judge