Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


United States of America,      ) Case No.: CR. S-13-258 TLN
                       )
         Plaintiff,    ) STIPULATION AND ORDER TO CONTINUE
                       ) STATUS CONFERENCE
                       )
      vs.                ) Court:  Hon. Troy L. Nunley
                       ) Time:   9:30 a.m.
                       ) Date:   October 9, 2014
Rodney Lynn Braun, et.al.   )
                       )
        Defendants

_____

     Defendants Rodney Lynn Braun and Robert Larry Moore, by and

through their undersigned counsel and the United States Government, by

and through Assistant United States Attorney Olusere Olowoyeye, hereby

agree and stipulate that the status conference previously scheduled

for September 11, 2014, be continued to October 9, 2014 at 9:30 a.m.,

and that date is available with the Court.  Defendants are charged in

a two count indictment alleging violations of 21 U.S.C. §§s 841(a)(1)

and § 846 – possession with intent to distribute and conspiracy to

distribute dilaudid and morphine; and a criminal forfeiture count.

     Defendant Rodney Braun has been in serious decline.  Defendant

Moore just lost his son.  Both defendants suffer ill health. The

parties have reviewed a pre-plea report with guideline calculations.

Counsel for defendants need time to investigate possible defense

-1-

motions as well as engage in continued negotiations with the
government.

The parties therefore request that the matter be continued to
October 9, 2014.  Counsel for defendants believe that failure to grant
the above-requested continuance would deny them the reasonable time
necessary for effective preparation, taking into account the exercise
of due diligence.  The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by
continuing the case as requested outweigh the interest of the public
and the defendants in a trial within the original date prescribed by
the Speedy Trial Act.  The parties agree that time should be excluded
under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under
local code T4.

Dated: September 9, 2014        Respectfully submitted,


                                 __/s/ Shari Rusk___
                                Shari Rusk
                                Attorney for Defendant
                                Rodney Lynn Braun

                                /s/ Tasha Chalfant____
                                Tasha Chalfant
                                Attorney for Defendant
                                Robert Larry Moore


                                /s/ Olusere Olowoyeye
                                Olusere Olowoyeye
                                Assistant United States Attorney

**ORDER**

    IT IS SO ORDERED.   The Court finds excludable time through October 9, 2014, based on Local Code T4, giving counsel reasonable time to prepare.

Dated: September 10, 2014

_____
Troy L. Nunley
United States District Judge