Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR. S.13-258 TLN |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| vs. | ) |
| | ) Court:  Hon. Troy L. Nunley |
| | ) Time:   9:30 a.m. |
| | ) Date:   November 6, 2014 |
| RODNEY LYNN BRAUN, et.al. | ) |
| | ) |
| Defendants. | |

_____

Defendants Rodney Lynn Braun and Robert Larry Moore, by and

through their undersigned counsel and the United States Government, by

and through Assistant United States Attorney Olusere Olowoyeye, hereby

agree and stipulate that the status conference previously scheduled

for October 9, 2014 be continued to November 6, 2014 and that date is

available with the Court.  Defendants are charged in a two count

indictment alleging violations of 21 U.S.C. §§s 841(a)(1) and § 846 –

possession with intent to distribute and conspiracy to distribute

dilaudid and morphine; and a criminal forfeiture count.

Defendant Rodney Braun continues to suffer serious health

problems.  Defendant Moore recently attended the funeral of his son.

Both defendants suffer ill health. The parties have been in discussion

regarding possible motions, as well as negotiations with the

government.  Counsel for defendants to complete investigation for possible defense motions as well as engage in continued negotiations with the government.

The parties therefore request that the matter be continued to November 6, 2014, at 9:30 a.m.  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.  The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.


Dated: October 2, 2014          Respectfully submitted,



                           /s/ Shari Rusk
                           Shari Rusk
                           Attorney for Defendant
                           Rodney Lynn Braun

                           /s/ Tasha Chalfant
                           Tasha Chalfant
                           Attorney for Defendant
                           Robert Larry Moore


                           /s/ Olusere Olowoyeye
                           Olusere Olowoyeye
                           Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through November 6, 2014, based on Local Code T4, giving counsel reasonable time to prepare.

Dated:  October 6, 2014

_____
Troy L. Nunley
United States District Judge