BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0258 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ROBERT LARRY MOORE, AND RODNEY BRAUN, | DATE: March 12, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on March 12, 2015.

2. Jury trial in this matter is set for November 16, 2015. Time has previously been excluded, pursuant to Local Code T4, from November 6, 2014 until November 16, 2015.

3. By this stipulation, the parties now move to continue the status conference until April 16, 2015, at 9:30 a.m..

IT IS SO STIPULATED.

Dated: February 10, 2015         BENJAMIN B. WAGNER
                                 United States Attorney

                                  /s/ OLUSERE OLOWOYEYE
                                 OLUSERE OLOWOYEYE
                                 Assistant United States Attorney

STIPULATION TO CONTINUE STATUS CONFERENCE         1

Dated: February 10, 2015            /s/ SHARI RUSK
                                    SHARI RUSK
                                    Counsel for Defendant
                                    RODNEY LYNN BRAUN

Dated: February 10, 2015            /s/ TASHA CHALFANT
                                    TASHA CHALFANT
                                    Counsel for Defendant
                                    ROBERT LARRY MOORE

**FINDINGS AND ORDER**

IT IS SO ORDERED this 10th day of February, 2015.

_____
Troy L. Nunley
United States District Judge