Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 8945
Sacramento, California 95818
Tel: (916) 804-8656
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: CR. S-13-258 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Court:  Hon. Troy L. Nunley<br>Time:   9:30 a.m.<br>Date:   May 7, 2015 |
| Rodney Lynn Braun, et.al. | |
| Defendants | |

    Defendants Rodney Lynn Braun and Robert Larry Moore, by and through their undersigned counsel and the United States Government, by and through Assistant United States Attorney Olusere Olowoyeye, hereby agree and stipulate that the status conference previously scheduled for April 16, 2015 be continued to May 7, 2015 and that date is available with the Court.  Defendants are charged in a two count indictment alleging violations of 21 U.S.C. §§s 841(a)(1) and § 846 – possession with intent to distribute and conspiracy to distribute dilaudid and morphine; and a criminal forfeiture count.

    Defendant Rodney Braun continues to suffer serious health problems.  Defendant Moore was recently ordered released on bond.  A trial date is set for November 16, 2015 and a trial confirmation hearing is scheduled for October 15, 2015.  The parties have been in

1  discussion regarding possible motions, as well as negotiations with
2  the government.  Counsel for defendants are engaged in defense
3  investigation and require additional time before the next status
4  conference to verify and corroborate information, which could
5  potentially result in settlement.

6
7      The parties therefore request that the matter be continued to May
8  7, 2015.  Counsel for defendants believe that failure to grant the
9  above-requested continuance would deny them the reasonable time
10 necessary for effective preparation, taking into account the exercise
11 of due diligence.  The government does not object to the continuance.
12     Based on the above-stated findings, the ends of justice served by
13 continuing the case as requested outweigh the interest of the public
14 and the defendants in a trial within the original date prescribed by
15 the Speedy Trial Act.  The parties agree that time should be excluded
16 under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under
17 local code T4.
18
19
20
21 Dated: April 14, 2015         Respectfully submitted,
22
23                                   __/s/ Shari Rusk___
                                     Shari Rusk
24                                   Attorney for Defendant
                                     Rodney Lynn Braun
25
                                     /s/ Tasha Chalfant____
26                                   Tasha Chalfant
                                     Attorney for Defendant
27                                   Robert Larry Moore
28

/s/ Olusere Olowoyeye
Olusere Olowoyeye
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through May 7, 2015, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: April 14, 2015

Troy L. Nunley
United States District Judge